IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:00CR34-1-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAVID GLENN GREEN | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's *Pro Se* Motion for a copy of his Psychiatric Report. (Doc. 147) *See* (Doc. 28). The Court finds

IT IS, THEREFORE, ORDERED that the Defendant's Motion is GRANTED. IT IS, FURTHER, ORDERED that a copy of the Defendant's Psychiatric Report be mailed to David Glenn Green, Reg. No. 16467-058, FCI Butner Medium II, Federal Correctional Institution, P.O. Box 1500, Butner, North Carolina, 27509.[1]

Signed: April 17, 2018

Richard L. Voorhees
United States District Judge

---

[1] According to the website www.bop.gov/inmateloc/, this is the current address for the Defendant.